**HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
GERALD A. EMANUEL, Bar#61049
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-mail: gemanuel@hinklelaw.com

Attorneys for Plaintiff
JENNY WOLFES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES,<br><br>             Plaintiffs,<br><br>       vs.<br><br>BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive,<br><br>             Defendants. | CASE NO. C07 00696, C0704657<br><br>**PROOF OF SERVICE** |

I, Patrick C. Stokes, hereby declare as follows:

I am employed by Hinkle, Jachimowicz, Pointer & Emanuel, 2007 West Hedding Street, Suite 100, San Jose, California 95128. I am over the age of eighteen years and am not a party to this action. On December 10, 2007, I served the within document(s):

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

in compliance with Civil L.R. 5-6 and 28 U.S.C. §1746, via U.S. mail to the mailing address(es) set forth below:

///

///

-1-

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Richard C. Weston
Aaron C. Agness
Weston & McElvain LLP
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Counsel for Defendant, Burlington Insurance Company, in cases
*Jenny Wolfes v. Burlington Ins. Co.*, N.D. Cal. Case No. C07-00696, and
*Jenny Wolfes v. Burlington Ins. Co.*, N.D. Cal. Case No. C07-04657.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed October 4, 2004, at San Francisco, California.

Dated:   December 10, 2007          By: _____
                                        Patrick C. Stokes

-2-

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED