1  **WESTON & McELVAIN LLP**
   RICHARD C. WESTON, Bar #126491
2  AARON C. AGNESS, Bar #221943
   888 West Sixth Street, 15th Floor
3  Los Angeles, California 90017
   Telephone:  (213) 596-8000
4  Facsimile:  (213) 596-8039
   E-mail:     rweston@wmattorneys.com
5              aagness@wmattorneys.com

6  Attorneys for Defendant
   THE BURLINGTON INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | JENNY WOLFES,                | ) | CASE NO. C07 00696 RMW (PVTx)
                                  | ) | CASE NO. C07 04657 JW
12 |         Plaintiffs,          | ) |
                                  | ) | **NOTICE OF SUBSTITUTION OF**
13 | vs.                          | ) | **COUNSEL FOR DEFENDANT THE**
                                  | ) | **BURLINGTON INSURANCE**
14 | BURLINGTON INSURANCE         | ) | **COMPANY**
   | COMPANY AND DOES 1 to 25,    | ) |
15 | Inclusive,                   | ) |
                                  | ) |
16 |         Defendants.          | ) |

20  TO THE COURT AND TO ALL PARTIES OF RECORD:

21       Please take notice that Weston & McElvain LLP has replaced Richard C.

22  Rey, formerly of Weston & McElvain LLP, with Aaron C. Agness of Weston &

23  McElvain LLP as an attorney representative of defendant The Burlington

24  Insurance Company in the above-referenced matter. Mr. Agness' contact

25  information, including email address, is listed above.

26  ///

-1-

1  Accordingly, please update service lists and the CM/ECF System by replacing Mr.
2  Richard C. Rey with Mr. Aaron C. Agness.

        Respectfully submitted,
        WESTON & McELVAIN LLP

        By: _____
           Richard C. Weston
           Aaron C. Agness
        Attorneys for Defendant
        THE BURLINGTON INSURANCE
        COMPANY

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BURLINGTON
INSURANCE COMPANY

**PROOF OF SERVICE**
*Jenny Wolfes v. Burlington Insurance Company*
*USDC, Northern District Case No. C07 00696*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On **December 27, 2007**, I served the foregoing document described as **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BURLINGTON INSURANCE COMPANY** on all parties as indicated below:

Gerald Emanuel
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

[X]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

[X]   **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]   BY FACSIMILE   I sent such document from facsimile machine (213) 596-8039 on December 27, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed on the attached service list.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 27, 2007**, at Los Angeles, California

_____
Patricia De La Cruz

-1-