**HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
GERALD A. EMANUEL, Bar#61049
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-mail: gemanuel@hinklelaw.com

Attorneys for Plaintiff
JENNY WOLFES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES,<br><br>   Plaintiffs,<br><br>vs.<br><br>BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive,<br><br>   Defendants. | CASE NO. C07-04657 RMW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is not such interest to report.

Dated: January 11, 2008        HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /s/ Gerald A. Emanuel
Gerald A. Emanuel
Attorney for Plaintiff
JENNY WOLFES

-1-

CERTIFICATION OF INTERESTED PARTIES