**HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
GERALD A. EMANUEL, Bar#61049
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-mail: gemanuel@hinklelaw.com

Attorneys for Plaintiff
JENNY WOLFES

**WESTON & McELVAIN LLP**
RICHARD C. WESTON, Bar #126491
AARON C AGNESS, Bar #221943
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
aagness@wmattorneys.com

Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES,<br><br>Plaintiffs,<br><br>vs.<br><br>BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive,<br><br>Defendants. | CASE NOS. C07 00696 RMW<br>C07 04657 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS** |

Whereas, settlement negotiations are continuing in the above-captioned actions and the parties have agreed to private mediation to take place in late January or early February of 2008. The pending mediation will involve all parties to underlying state court actions as well as the above-captioned actions. The parties have agreed to Hon. V. Gene McDonald (Ret.) of JAMS as mediator.

Whereas, on or about January 7, 2008, the higher-numbered of the two above-captioned actions, Case No. C07 04654, was reassigned to Hon. Ronald M. Whyte of this Court. At the time of reassignment, defendant The Burlington Insurance Company ("Burlington") had two motions set to be heard on January 28, 2008. In accordance with Civil Local Rule 3-12(g), all motion hearings pending in that case were vacated and must be re-noticed by the moving party.

Whereas, Plaintiff Jenny Wolfes ("Wolfes") currently has a Motion for Partial Summary Judgment pending in Case No. C07 00696 RMW, which is set to be heard on February 8, 2008.

Whereas, Burlington and Wolfes agree that there is a better likelihood of resolving these matters if the attention is focused on the impending mediation(s) rather than further discovery and motion work.

Whereas, Burlington and Wolfes agree that in order to conserve both the parties' and Court's respective time and resources, it is beneficial to have the aforementioned motions heard on the same date.

Therefore, through their respective counsel of record, the parties hereby stipulate to the following:

1. Burlington's Motion to Dismiss filed in Case No. C07 04657 and previously set to be heard on January 28, 2008, which was vacated on or about January 7, 2008 when the case was reassigned to Judge Whyte, shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.
2. Burlington's Motion to Strike filed in Case No. C07 04657 and previously set to be heard on January 28, 2008, which was vacated on or about January 7, 2008 when the case was reassigned to Judge Whyte, shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.

///

///

///

3. Wolfes' Motion for Partial Summary Judgment filed in Case No. C07 00696 RMW that is currently set to be heard on February 8, 2008 shall be continued to March 14, 2008 at 9am in Courtroom 6.

**IT SO STIPULATED.**

Dated: January 11, 2008

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: ______________________
Gerald A. Emanuel
Attorneys for Plaintiff
JENNY WOLFES

Dated: January 11, 2008

WESTON & McELVAIN LLP

By: ______________________
Aaron C. Agness
Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The matters set forth in paragraph Nos. 1 through 3 of the Stipulation to Continue and Re-Notice Hearings are hereby granted.

Dated: January ___, 2008

By: ______________________
Hon. Ronald M. Whyte
U.S. District Court Judge