1  **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
   GERALD A. EMANUEL, Bar#61049
2  2007 West Hedding Street, Suite 100
   San Jose, CA 95128
3  Telephone:  (408) 246-5500
   Facsimile:  (408) 246-1051
4  E-mail:      gemanuel@hinklelaw.com

5  Attorneys for Plaintiff
   JENNY WOLFES
6
   **WESTON & McELVAIN LLP**
7  RICHARD C. WESTON, Bar #126491
   AARON C AGNESS, Bar #221943
8  888 West Sixth Street, 15th Floor
   Los Angeles, California 90017
9  Telephone:  (213) 596-8000
   Facsimile:  (213) 596-8039
10 E-mail:      rweston@wmattorneys.com
               aagness@wmattorneys.com
11
   Attorneys for Defendant
12 THE BURLINGTON INSURANCE COMPANY          *E-FILED - 1/14/08*

13

14                   UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17 JENNY WOLFES,                    )  CASE NOS.   C07 00696 RMW
                                    )              C07 04657 RMW
18              Plaintiffs,         )
                                    )  STIPULATION AND [PROPOSED]
19     vs.                          )  ORDER TO CONTINUE AND RE-
                                    )  NOTICE HEARINGS
20 BURLINGTON INSURANCE             )
   COMPANY AND DOES 1 to 25,        )
21 Inclusive,                       )
                                    )
22              Defendants.         )
                                    )
23 _____

24       Whereas, settlement negotiations are continuing in the above-captioned

25 actions and the parties have agreed to private mediation to take place in late

26 January or early February of 2008.  The pending mediation will involve all parties

27 to underlying state court actions as well as the above-captioned actions.  The

28 parties have agreed to Hon. V. Gene McDonald (Ret.) of JAMS as mediator.

                                   -1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS

1    Whereas, on or about January 7, 2008, the higher-numbered of the two
2 above-captioned actions, Case No. C07 04654, was reassigned to Hon. Ronald M.
3 Whyte of this Court. At the time of reassignment, defendant The Burlington
4 Insurance Company ("Burlington") had two motions set to be heard on January
5 28, 2008. In accordance with Civil Local Rule 3-12(g), all motion hearings
6 pending in that case were vacated and must be re-noticed by the moving party.
7    Whereas, Plaintiff Jenny Wolfes ("Wolfes") currently has a Motion for
8 Partial Summary Judgment pending in Case No. C07 00696 RMW, which is set to
9 be heard on February 8, 2008.
10    Whereas, Burlington and Wolfes agree that there is a better likelihood of
11 resolving these matters if the attention is focused on the impending mediation(s)
12 rather than further discovery and motion work.
13    Whereas, Burlington and Wolfes agree that in order to conserve both the
14 parties' and Court's respective time and resources, it is beneficial to have the
15 aforementioned motions heard on the same date.
16    Therefore, through their respective counsel of record, the parties hereby
17 stipulate to the following:
18    1. Burlington's Motion to Dismiss filed in Case No. C07 04657 and
19       previously set to be heard on January 28, 2008, which was vacated on or
20       about January 7, 2008 when the case was reassigned to Judge Whyte,
21       shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.
22    2. Burlington's Motion to Strike filed in Case No. C07 04657 and
23       previously set to be heard on January 28, 2008, which was vacated on or
24       about January 7, 2008 when the case was reassigned to Judge Whyte,
25       shall be re-noticed for hearing on March 14, 2008 at 9am in Courtroom 6.
26 ///
27 ///
28 ///

-2-

STIPULATION AND [RROPOSEX] ORDER TO CONTINUE AND RE-NOTICE HEARINGS

3. Wolfes' Motion for Partial Summary Judgment filed in Case No. C07 00696 RMW that is currently set to be heard on February 8, 2008 shall be continued to March 14, 2008 at 9am in Courtroom 6.

**IT SO STIPULATED.**

Dated: January 11, 2008

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By:_____
  Gerald A. Emanuel
Attorneys for Plaintiff
JENNY WOLFES

Dated: January 11, 2008

WESTON & McELVAIN LLP

By:_____
  Aaron C. Agness
Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The matters set forth in paragraph Nos. 1 through 3 of the Stipulation to Continue and Re-Notice Hearings are hereby granted.  Counsel shall resubmit a Chambers Copy of the pending motions in case no.: C-07-04657.

Dated: January _14_, 2008

By:_____
Hon. Ronald M. Whyte
U.S. District Court Judge

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND RE-NOTICE HEARINGS