1  **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
   GERALD A. EMANUEL, Bar#61049
2  2007 West Hedding Street, Suite 100
   San Jose, CA 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4  E-mail:gemanuel@hinklelaw.com

5
   Attorneys for Plaintiff
6  JENNY WOLFES

7

8                       UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES, | CASE NOS.   C07 00696 RMW |
|              Plaintiff, |                  C07 04657 RMW |
| vs. | **[PROPOSED] ORDER CONSOLIDATING CASES** |
| BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive, | **(Fed. R. Civ. P. 42(a))** |
|              Defendants. | |
| JENNY WOLFES, | |
|              Plaintiff, | |
| vs. | |
| BURLINGTON INSURANCE COMPANY AND DOES 1 to 25, Inclusive, | |
|              Defendants. | |

26      On March 14, 2008, this cause came on to be heard on the motion of Jenny Wolfes for

27 consolidation of the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil

28 Procedure.

1  This Court has reviewed the papers submitted on the motion, both in favor and opposed,
2  has considered the declarations and other evidence presented, has consulted the authorities cited,
3  and heard the arguments of counsel. This Court refers to and incorporates herein the remarks, if
4  any, it made on the record at the close of the hearing on March 14, 2008, as its Statement of
5  Decision in this matter. For the reasons stated at that time, the Court is of the opinion that the
6  above-captioned actions ought to be consolidated. Therefore,
7  IT IS ADJUDGED AND ORDERED THAT:
8     1. The Motion of Jenny Wolfes for consolidation of the above-captioned actions is
9        GRANTED;
10    2. All of the above-captioned actions are consolidated for all purposes; and
11    3. A status conference in all of these actions, as consolidated, will be held on
12       _____ for rescheduling of discovery and trial in the consolidated
13       actions.

                                                  Hon. Ronald M. Whyte
                                                  U.S. District Court Judge

WOLFES v. BURLINGTON INSURANCE COMPANY
N.D. Cal. Case Nos.   C07 00696 RMW
                          C07 04657 RMW