**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CIVIL MINUTES**

**DATE: March 14, 2008**

**Case No. C-07-04657-RMW**         **JUDGE: Ronald M. Whyte**

**JENNY WOLFES**                               **-V- BURLINGTON INSURANCE CO., et al.**
**Title**

**P. Stokes**                                            **A. Agness**
**Attorneys Present**                          **Attorneys Present**

**COURT CLERK: Jackie Garcia**        **COURT REPORTER: Irene Rodriguez**

**PROCEEDINGS**

**DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**

**ORDER AFTER HEARING**

 **Hearing Held.  The Court heard oral argument from both sides and took the motions under submission.**

**The Court to issue a ruling to the parties.  The matter is deemed submitted.**