IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY WOLFES,<br><br>   Plaintiff,<br><br> v.<br><br>BURLINGTON INSURANCE CO., et al.,<br><br>   Defendant. | ***E-FILED - 3/19/08***<br><br>CASE NO. C-07-04657- RMW<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

  PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for March 28, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte has been Rescheduled to **April 25, 2008 at 10:30 a.m** before the Honorable Judge Ronald M. Whyte**.**  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: March 19, 2008

                     /s/ Corinne Lew
                     Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: