# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**DATE:** May 9, 2008

**Case No.** C-07-00696-RMW  **JUDGE:** Ronald M. Whyte
*(Consolidated w/ C-07-04657-RMW)*

**JENNY WOLFES** -V- **BURLINGTON INSURANCE CO., et al.**
Title

P. Stokes                                                             A. Agness
**Attorneys Present (Plaintiff)**          **Attorneys Present (Defendant)**

**COURT CLERK:** Jackie Garcia          **COURT REPORTER:** Not Reported

## PROCEEDINGS

## CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Plaintiff's counsel to meet with client on how she wants to proceed with the cases. The Court set a Further Case Management Conference for 6/6/08 @ 10:30 AM.