### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: **June 6, 2008**

Case No. **C-07-00696-RMW**        JUDGE: **Ronald M. Whyte**
*(Case is Related to C-07-04657-RMW)*

**JENNY WOLFES**                              **-V- BURLINGTON INSURANCE CO., et al.**
**Title**

**P. Stokes**                                      **A. Agness**
**Attorneys Present (Plaintiff)**              **Attorneys Present  (Defendant)**

**COURT CLERK: Jackie Garcia**              **COURT REPORTER: Not Reported**

### PROCEEDINGS

### FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

**Hearing Held.  Plaintiff wants to move forward with discovery.  Defendant to file a motion for summary judgment.  The Court set a hearing date for the motion for summary judgment on 8/15/08 @ 9:00 am.  The parties are to submit a proposed discovery plan .  No discovery shall go forward until the Court approves the discovery plan.  Defendant to file an answer 20 days thereafter of the approval of the discovery plan.**