UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

C-07-00696-RMW and

DATE: August 15, 2008

Case No. C-07-04657-RMW          JUDGE: Ronald M. Whyte

JENNY WOLFES                     -V- BURLINGTON INSURANCE CO., et al.
Title

P. Stokes                                     A. Agness
Attorneys Present (Plaintiff)                 Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia       COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from both sides.  The Court took this matter under submission.  The Court to send out a final ruling to the parties.  The matter is deemed submitted.  The Court to send out a final ruling to the parties.