**E-FILED on** 3/10/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNY WOLFES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BURLINGTON INSURANCE COMPANY, et al.<br><br>　　　　Defendants. | No. C-07-00696 RMW<br><br>JUDGMENT |

| | |
|---|---|
| JENNY WOLFES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BURLINGTON INSURANCE COMPANY, et al.<br><br>　　　　Defendants. | No. C-07-04657 RMW |

　　On March 10, 2010, the court entered its order granting summary judgment in favor of defendant Burlington Insurance Company finding that it had no duty to defend Jenny Wolfes against claims brought against her by Big Sky Entertainment III, Inc. The court also granted Burlington's

JUDGMENT—Nos. C-07-00696 RMW and C-07-04657 RMW

alternative motion for partial summary judgment as to plaintiff Wolfes' claims for bad faith and intentional infliction of emotional distress. Therefore,

IT IS HEREBY ORDERED that plaintiff Jenny Wolfes take nothing by way of her complaint and that judgment be entered in favor of defendant Burlington Insurance Company.

DATED: 3/10/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Gerald A. Emanuel  jemanuel@hinklelaw.com

**Counsel for Defendants:**

Aaron Agness  aagness@wmattorneys.com
Richard C. Weston  rweston@wmattorneys.com

Christine DeMetruis  cdemetruis@wmattorneys.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/10/10  TER
**Chambers of Judge Whyte**